IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FEGO PRECISION INDUSTRIAL CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>NIKE, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 2:13-cv-1151- RSP<br>LEAD CASE |

## ORDER OF DISMISSAL OF COMPLAINT

In light of the Stipulation of Dismissal filed by Plaintiff FEGO Precision Industrial Co., Ltd. ("Plaintiff") and Defendants AliphCom d/b/a Jawbone and BodyMedia, Inc. ("Defendants"), the Court HEREBY ORDERS as follows:

1. Plaintiff's claims against Defendants are hereby dismissed with prejudice.

2. Defendants' counter-claims against Plaintiff are hereby dismissed with prejudice.

3. Plaintiff and Defendants shall each bear their own attorneys' fees and costs incurred in connection with this action.

The Clerk is ORDERED to close Case No. 2:13-cv-1152-RSP but the lead case shall remain open.

**SIGNED this 21st day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE